

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-15-00011-CV

BOB DEUELL, Appellant

V.

TEXAS RIGHT TO LIFE COMMITTEE, INC., Appellee

Appeal from the 152nd District Court of Harris County. (Tr. Ct. No. 2014-32179).

**TO THE 152nd DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

The cause heard today by the Court is an appeal from the purported denial of a motion to dismiss under the Texas Citizens Participation Act. After due consideration, the Court **dismisses** the appeal for want of jurisdiction.

The Court **orders** that costs be taxed against appellant, Bob Deuell.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 24, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings,

Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



May 15, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT